IN THE UNITED STATES OF AMERICA
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 4:13CR38<br>Judge Crone |
| FERNAIN RODRIGUEZ-VASQUEZ<br>  a.k.a. "Abel" "El Senor" "Patron"<br>  "Daniel" (1)<br>BALTAZAR RODRIGUEZ-VASQUEZ<br>a.k.a. "Abuelo" "El Viejo" (2)<br>DIEGO ARMANDO RODRIGUEZ-<br>RAMIREZ, a.k.a. "Diego" "El Vacan" (3)<br>JUAN ANTONIO RODRIGUEZ-<br>RAMIREZ, a.k.a. "Juancho" "Juan" (4)<br>SEGUNDO ALBERTO VILLOTA<br>SEGURA, a.k.a. "Corticos" (5)<br>ALDEMAR VILLOTA SEGURA<br>  a.k.a. "Corticos" (6)<br>CARMELO RODRIGUEZ-VASQUEZ<br>(7)<br>EUDER RODRIGUEZ-VAZQUEZ<br>  a.k.a. "Piolo" (8)<br>DAIRO MORALES VARGAS<br>  a.k.a. "La Reina" (9)<br>ISMAEL REYES MORENO (10)<br>  a.k.a. "El Loco"<br>JUAN CARLOS CASTILLO DELGADO<br>  a.k.a. "El Primito" (11)<br>LUIS RAMIRO QUINTERO<br>CABALLERO<br>  a.k.a. "Turquillo" "Turco" (12)<br>JONH EDUARTH MONJE ALVARADO<br>  a.k.a. "El Mayor" (13)<br>LUIS EDUARDO CUELLAR CASTRO<br>  a.k.a. "Pez" (14)<br>LEANDRO SEBASTIAN<br>MONTENEGRO DELGADO<br>  a.k.a. "Fabio" (15)<br>HERMES ALIRIO CASANOVA<br>ORDONEZ | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | |

| | |
|---|---|
| a.k.a. "Megatron" (16) | § |
| ROMEZ JOSE SABAGH CAJELI | § |
| a.k.a. "Ramzi" (17) | § |

## ORDER UNSEALING FIRST SUPERSEDING INDICTMENT

On this day came on to be considered the government's Motion to Unseal First Superseding Indictment as to defendants, **Fernain Rodriguez-Vasquez, a.k.a. "Abel" "El Senor" "Patron" "Daniel," Baltazar Rodriguez-Vasquez, a.k.a. "Abuelo" "El Viejo," Diego Armando Rodriguez-Ramirez, a.k.a. "Diego" "El Vacan," Juan Antonio Rodriguez-Ramirez, a.k.a. "Juancho" "Juan," Segundo Alberto Villota Segura, a.k.a. "Corticos," Aldemar Villota Segura, a.k.a. "Corticos," Carmelo Rodriguez-Vasquez, Euder Rodriguez-Vazquez, a.k.a. "Piolo," Dairo morales Vargas, a.k.a. "La Reina," Ismael Reyes Moreno, a.k.a. "El Loco," Juan Carlos Castillo Delgado, a.k.a. "El Primito," Luis Ramiro Quintero Caballero, a.k.a. "Turquillo" "Turco," Jonh Eduarth Monje Alvarado, a.k.a. "El Mayor," Luis Eduardo Cuellar Castro, a.k.a. "Pez," Leandro Sebastian Montenegro Delgado, a.k.a. "Fabio," Hermes Alirio Casanova Ordonez, a.k.a. "Megatron," Romez Jose Sabagh Cajeli, a.k.a. "Ramzi"** in the above captioned matter, and upon consideration of the same, the Court is of the opinion that said Motion should be granted.

IT IS THEREFORE ORDERED that First Superseding Indictment as to defendants **Fernain Rodriguez-Vasquez, a.k.a. "Abel" "El Senor" "Patron" "Daniel," Baltazar Rodriguez-Vasquez, a.k.a. "Abuelo" "El Viejo," Diego Armando Rodriguez-Ramirez, a.k.a. "Diego" "El Vacan," Juan Antonio Rodriguez-Ramirez, a.k.a. "Juancho" "Juan," Segundo Alberto Villota Segura, a.k.a. "Corticos,"**

**Aldemar Villota Segura, a.k.a. "Corticos," Carmelo Rodriguez-Vasquez, Euder Rodriguez-Vazquez, a.k.a. "Piolo," Dairo morales Vargas, a.k.a. "La Reina," Ismael Reyes Moreno, a.k.a. "El Loco," Juan Carlos Castillo Delgado, a.k.a. "El Primito," Luis Ramiro Quintero Caballero, a.k.a. "Turquillo" "Turco," Jonh Eduarth Monje Alvarado, a.k.a. "El Mayor," Luis Eduardo Cuellar Castro, a.k.a. "Pez," Leandro Sebastian Montenegro Delgado, a.k.a. "Fabio," Hermes Alirio Casanova Ordonez, a.k.a. "Megatron," Romez Jose Sabagh Cajeli, a.k.a. "Ramzi"** in the above captioned matter is unsealed.

**SIGNED this 5th day of August, 2013.**

_____
AMOS L. MAZZANT
UNITED STATES MAGISTRATE JUDGE